1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CALUORI, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>NEWELL RUBBERMAID INC., IRWIN INDUSTRIAL TOOLS and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:11-CV-05717 CAS (VBKx)<br>The Honorable Christina A. Snyder<br><br>**ORDER ON STIPULATION RE VOLUNTARY DISMISSAL WITH PREJUDICE** |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | The Court, having reviewed the Joint Stipulation Re Voluntary Dismissal With
3 | Prejudice by and between Plaintiff Raymond Caluori and Defendants Newell
4 | Rubbermaid Inc. and Irwin Industrial Tools, and for good cause appearing therefor,

5 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS
6 | FOLLOWS:

7 | 1. This action, and all claims and counterclaims thereof, are hereby
8 | dismissed with prejudice;

9 | 2. Plaintiff and defendants shall respectively bear their own costs and
10 | attorney's fees incurred in connection with this matter; and

11 | 3. The Status Conference scheduled for February 9, 2015 is hereby
12 | vacated.

13 | Date: January 23, 2015

*[signature: Christina A. Snyder]*

Honorable Christina A. Snyder
District Court Judge